2:26-cv-01468-RMG-TER    Date Filed 04/07/26    Entry Number 1    Page 1 of 7

JAN FEB (MAR) APR MAY JUN JUL AUG SEP OCT NOV DEC
1 2 3 4 5 6 7 8 9 10 11 12 (13) 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

# Complaint

Friday, March 13, 2026

M-EOH
vs.
Donald J Trump, Matt Gaetz, and Marjorie Taylor Greene

(1) Donald J. Trump, a well known television star, later became the 45th and 47th president of the United States, leader of the free world.

(2) Utilized his power & influence loyalist politicians to commit illegal acts.

(3) In the case of Matt Gaetz, our firm is filing a complaint base on a attempted human trafficking R and sexual Harassment which took place on a flight from Washington DC to Charleston S.C. against the founder of our firm. Members of EDIf founder W.MJ Boyd (Flight # AA 5439) - (october 28, 2024)

(4) In the case of Marjorie TaylorGreene, Ms. Greene was a well known loyalist to the president. So loyal that she would work as the president's security detail team. At times bringing in or substituting a third party.

(5) Ms. Greene or third party participated in the harassment and gang stalking of the founder of our firm Members of EDIf, founder W MJ Boyd while staying at a golfing country club in Miami in 2025. During which time she stalked and surveillance Mrs. Boyd's restroom. The country club was owned by the president of the United States. Donald J Trump.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _M - EDIF, Founder W.M.J. Boyd_
Street Address _8638 W. fairway Woods DA._
City and County _N.Charleston + Dorchester County_
State and Zip Code _N.Charleston SC 29420_
Telephone Number _(843)779- 5486_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Donald J. Trump_
Job or Title _President_
(if known)
Street Address _1600 Pennsylvania Ave_
City and County _District of Columbia_
State and Zip Code _Washington DC 2._
Telephone Number _____
☐ Individual capacity          ☑ Official capacity

Defendant No. 2

Name _Matt Gaetz_
Job or Title _Terminated from job_
(if known) _former florida U.S. Representative_
Street Address _____
City and County _____
State and Zip Code _____

2

Telephone Number _____

☑ Individual capacity     ☐ Official capacity

Defendant No. 3

Name _Marjorie Taylor Greene_

Job or Title _former GA Senator_
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

☐ Individual capacity     ☑ Official capacity

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

☐ Individual capacity     ☐ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If

3

you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_Title VI_

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_N/A_

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_N/A  ?_

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

_See attached Complaint document_

4

B.     What date and approximate time did the events giving rise to your claim(s) occur?

October 28, 2024 Time 1:43 p.m.
August 29, 2025 Time 4:00 p.m.

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached Complaint

## IV.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

5

**V.    Relief**

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

N/A

Seeking Punitive and Emotional damages

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _March_ , 20_26_

Signature of Plaintiff _Wanda Bog_

Printed Name of Plaintiff _Wanda M9. Bog_

6

**B.**     **For Attorneys** *N/A*

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

E-mail Address _____

7